STIPULATION BY THE PARTIES TO CONTINUE ARRAIGNMENT OF RYAN FARR - 1

**MICHAEL E. MITCHELL #240199**
**LAW OFFICES OF MICHAEL E. MITCHELL**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant:
RYAN FARR

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RYAN FARR,<br><br>　　　　Defendant. | Citation No.: 6:09-mj-00181-YNP<br><br>STIPULATION TO CONTINUE DATE FOR DEFENDANT RYAN FARR'S ARRAIGNMENT; ORDER<br><br>Date: August 25, 2009<br>Time: 10:00 AM<br>Place: Yosemite Court |

　　　　The parties, by and through their undersigned attorneys, hereby stipulate as follows:

1. The hearing on Defendant Ryan Farr's arraignment presently scheduled for August 25, 2009 at 9:00am, may be continued until September 1, 2009 at 1:30pm. The reasons for this continuance is so that Defendant Ryan Farr's counsel, Michael E. Mitchell, can be present at his arraignment. In addition, Defendant Ryan Farr's counsel, will be at Yosemite on September 1, 2009 at 1:30pm, for a motion previously filed in an unrelated case.

Dated: August 24, 2009　　　　　/s/ Michael E. Mitchell
　　　　　　　　　　　　　　　　　Attorney for Defendant

Dated: August 24, 2009　　　　　/s/ Susan St. Vincent
　　　　　　　　　　　　　　　　　Legal Officer/National Park Service

## **ORDER**

IT IS SO ORDERED

IT IS SO ORDERED.

Dated: <u>  August 27, 2009  </u>           <u>       /s/ S. Allan Alexander       </u>
                                             UNITED STATES MAGISTRATE JUDGE