**MICHAEL E. MITCHELL, #240199**
LAW OFFICES OF MICHAEL E. MITCHELL
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**RYAN FARR**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RYAN FARR,<br><br>　　　　　Defendant. | Docket 6:09-mj-00181 YNP<br><br>STIPULATION TO VACATE AND CONTINUE STATUS CONFERENCE ORDER THEREON<br><br>Courtroom: Yosemite U.S. Magistrate<br>Magistrate: Hon. Dennis Beck |

　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant, RYAN FARR, and his attorney of record, Michael Mitchell, that the Plea and Sentencing in the above-captioned matters set for January 5, 2010 at 10:00 a.m., be vacated, and the matters be set for pea and sentencing on March 2, 2010 at 10:00a.m.  Defendant by and through his attorney of record also stipulates and agrees to waive and exclude time generally for his right to a speedy trial.

DATED: December 31, 2009　　　　　　　/s/ MICHAEL E. MITCHELL
　　　　　　　　　　　　　　　　　　　　Michael E. Mitchell
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　RYAN FARR

DATED: December 31, 2009　　　　　　　/s/ SUSAN ST. VINCENT
　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　Yosemite National Park

# ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the above request to vacate the status conference for Defendant RYAN FARR, now set for January 5, 2010 at 10 a.m. and continue the status conference for Defendant RYAN FARR to March 2, 2010 at 10:00 a.m., be granted.

IT IS SO ORDERED.

Dated:   **January 4, 2010**            /s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE